1  MALCOLM A. HEINICKE (State Bar No. 194174)
   Malcolm.Heinicke@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
4  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
5
   Attorneys for Defendant
6  UNISOURCE WORLDWIDE, INC.

FILED
2009 AUG 11 PM 12: 40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

11  GUSTAVO RUIZ and ANDRE        CASE NO. CV09-5848 (JEMx)
    FRAZIER, on behalf of themselves and
12  all others similarly situated,    DEFENDANT UNISOURCE
                                      WORLDWIDE, INC.'S
13            Plaintiffs,             STATEMENT OF INTERESTED
                                      PARTIES
14      vs.
15  UNISOURCE WORLDWIDE, INC., a   (LOS ANGELES SUPERIOR COURT
    Delaware Corporation, and DOES 1  CASE NO. BC417632)
16  through 50, inclusive,
17            Defendant.

8537078.1

DEFENDANT'S STATEMENT OF
INTERESTED PARTIES

Pursuant to Fed. Rule Civ. Pro. 7.1 and Civil Local Rule 7.1-1, the undersigned certified that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have (or may have) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have (or may have) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Unisource Worldwide, Inc.;
2. Bain Capital LLC;
3. Georgia-Pacific Corporation;
4. Zurich American Insurance Company
5. Gustavo Ruiz; and
6. Andre Frazier.

DATED: August 10, 2009

Munger, Tolles & Olson LLP
MALCOLM A. HEINICKE

By: /s/ Malcolm A. Heinicke
        MALCOLM A. HEINICKE

Attorneys for Defendant
UNISOURCE WORLDWIDE, INC.

8537078.1

- 1 -

DEFENDANT'S STATEMENT OF
INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560

On August 11, 2009, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**DEFENDANT UNISOURCE WORLDWIDE, INC.'S STATEMENT OF INTERESTED ENTITIES**

[x] By placing [ ] the original(s) [x] a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[x] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

[ ] **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

[ ] **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (415) 512-4083. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

[ ] **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[x] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  James R. Hawkins, Esq.
   Timothy R. Bolin, Esq.
2  JAMES R. HAWKINS, APLC
   7700 Irvine Center Drive, Suite 800
3  Irvine, CA 92618

4  Executed on August 11, 2009, at Los Angeles, California.

5

6  /s/ _____
                          Laurie Thoms